United States Bankruptcy Court
District of Nevada

In re:                                                                    Case No. 15-51099-btb
KENNETH PATTERSON                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-3          User: admin              Page 1 of 1           Date Rcvd: Aug 10, 2015
                             Form ID: B9A             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2015.
db             KENNETH PATTERSON,     776 BIGLER CT,    STATELINE, NV  89449
9548141       +2220 Tulare,    Acct No 2204,    Ste 310P,    Fresno, CA 93721-2131
9548142        Basil M. Hantash,    Acct No x0837,    C/O Arturo E. Sandoval, Esq.,    300 Lakeshore Drive,
                 Suite 1900,    Oakland, CA 94612
9548144       +CBNA,    Acct No 8029,    PO BOX 6497,    Sioux Falls, SD 57117-6497
9548145        Daniel M. McGee Esq.,    Acct No 0000,    r412 Marsh Street,    San Luis Obispo, CA 93410
9548146       +Douglas V. thornton,    Acct No 1290,    1725 North Fine Avenue,    Fresno, CA 93727-1616
9548147       +Emily Baxter,    2261 Rush Ave.,    Fresno, CA 93730-4717
9548148       +Explorer Insurance Co,    Acct No 3708,    PO BOX 906,    Santa Clarita, CA 91380-9006
9548149       +Fresno Co DA,    Acct No 193,    PO BOX 12946,    Fresno, CA 93779-2946
9548151       +Ronald R. Castonguay MD,    Acct No 362,    757 L St.,    Fresno, CA 93721-2904
9548152       +Sierra Delta Consultants, LLC,    Acct No 0000,    935 Riverside Avenue #21,
                 Paso Robles, CA 93446-2603


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: TPP_oiig@yahoo.com Aug 11 2015 01:51:59      TIMOTHY POST,    P.O. BOX 12313,
                 RENO, NV  89510
tr            +EDI: BCWLOVATO.COM Aug 11 2015 01:44:00      CHRISTINA W. LOVATO,    P.O. BOX 18417,
                 RENO, NV 89511-0417
ust           +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Aug 11 2015 01:52:26      U.S. TRUSTEE - RN - 7,
                 300 BOOTH STREET, STE 3009,    RENO, NV 89509-1362
9548143       +EDI: BMW.COM Aug 11 2015 01:43:00      BMW Bank of North America,    Acct No 2772,
                 P.O. Box 78066,    Phoenix, AZ 85062-8066
9548150       +EDI: IRS.COM Aug 11 2015 01:43:00      Internal Revenue System,    Acct No 0000,
                 450 Golden Gate Ave.,    San Francisco, CA 94102-3661
9548153       +EDI: CALTAX.COM Aug 11 2015 01:43:00      State of California Franchise Tax Board,
                 Acct No 4112,    PO BOX 2952,    Sacramento, CA 95812-2952
9548154       +EDI: CITICORP.COM Aug 11 2015 01:43:00      THD/CBNA,    Acct No 8029,    PO BOX 6497,
                 Sioux Falls, SD 57117-6497
9548155       +E-mail/Text: bankruptcy@golden1.com Aug 11 2015 01:52:47      The Golden 1 Credit Union,
                 Acct No 1910,    8945 Cal Center Dr.,    Sacramento, CA 95826-3239
9548156       +EDI: WFFC.COM Aug 11 2015 01:43:00      Wells Fargo Dealer Services,    Acct No 5470,    POB 25341,
                 Santa Ana, CA 92799-5341
                                                                                          TOTAL: 9


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.



**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2015 at the address(es) listed below:
NONE.                                                                                     TOTAL: 0

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)          Case Number **15–51099–btb**

| UNITED STATES BANKRUPTCY COURT District of Nevada |
|---|

### Notice of
### Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/9/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Individual Debtors:** Debtors who are individuals must provide government–issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
KENNETH PATTERSON
776 BIGLER CT
STATELINE, NV 89449

| Case Number: <br> 15–51099–btb <br> Judge: BRUCE T. BEESLEY | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: <br> xxx–xx–2799 |
|---|---|
| Attorney for Debtor(s) (name and address): <br> TIMOTHY POST <br> P.O. BOX 12313 <br> RENO, NV 89510 <br> Telephone number: (775) 322–7980 | Bankruptcy Trustee (name and address): <br> CHRISTINA W. LOVATO <br> P.O. BOX 18417 <br> RENO, NV 89511 <br> Telephone number: (775) 851 1424 |

### Meeting of Creditors
Date: **September 10, 2015**                                   Time: **10:30 AM**
Location: **300 Booth Street, Room 3087, Reno, NV 89509**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 11/9/15**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** <br> 300 Booth Street <br> Reno, NV 89509 <br> Telephone number: (775) 326–2100 | **For the Court:** <br> Clerk of Court: <br> *Mary A Schott* <br><br> Mary A. Schott |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 8/9/15 |

# EXPLANATIONS

**B9A (Official Form 9A) (12/12)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. <br> *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## EXPLANATIONS
### (CONTINUED)

B9A (Official Form 9A) (12/10)

| | |
|---|---|
| Trustee Information | The United States Trustee has appointed the herein named person as interim trustee effective the date of filing as shown on page 1 of this form. The case is covered by a trustee's blanket bond, the original of which is on file with the court. |
| | The trustee may abandon property of the estate that is burdensome or is of inconsequential value and benefit to the estate without further notice of abandonment, pursuant to 11 U.S.C. Section 554(a). Further notice will be provided upon request only. Any non−exempt property scheduled, but not administered at the time of closing of a case will be deemed abandoned pursuant to 11 U.S.C. Section 554(c). |
| | Please note that the trustee may use, sell or lease all non−exempt property of the estate which has an aggregate value of less than $2,500 WITHOUT FURTHER NOTICE TO CREDITORS. Pursuant to Federal Bankruptcy Rule 6004(d) any objection to the sale of estate property may be filed and served by a party in interest within 25 days of the mailing of this Notice of Commencement of Case. |

Refer to Page 1 for Important Deadlines and Notices