_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 29, 2016

Christina W. Lovato
Bankruptcy Trustee
P.O. Box 18417
Reno, NV 89511
trusteelovato@att.net
(775) 851-1424

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:  ) BK-N-15-51099-BTB
) CHAPTER 7
PATTERSON, KENNETH,  )
) **ORDER DISMISSING BANKRUPTCY**
) **CASE WITH PREJUDICE 11 U.S.C. §**
) **707(a)**
DEBTOR  )
) HEARING DATE:  July 27, 2016
) HEARING TIME:  10:00 A.M.
)
)

  Trustee's MOTION TO DISMISS CASE WITH PREJUDICE 11 U.S.C. § 707(a) ("Motion") was filed on June 22, 2016 and a hearing was held on July 27, 2016 at which time the Motion was granted on the basis that Debtor has failed to provide adequate documentation related to his scheduled income, business and various loans.

  IT IS HEREBY ORDERED that the Trustee's Motion is granted and this case is DISMISSED WITH PREJUDICE and Debtor is barred from refiling any chapter in any jurisdiction for a period of one year.

/ / /

Order to Dismiss - 1

In accordance with LR 9021, Trustee submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

__ The court has waived the requirement set forth in LR 9021(b)(1).

_x_ No party appeared at the hearing or filed an objection to the motion.

__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

    Approve ____      Disapprove ____      No response ____

__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

*# # #*

Order to Dismiss - 2