```
                              United States Bankruptcy Court
                                    District of Nevada
In re:                                                                  Case No. 15-51099-btb
KENNETH PATTERSON                                                       Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0978-3          User: admin                 Page 1 of 2               Date Rcvd: Aug 01, 2016
                              Form ID: adindsm            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2016.
db             +KENNETH PATTERSON,    POB 4470,   STATELINE, NV 89449-4470
9548141        +2220 Tulare,    Acct No 2204,   Ste 310P,    Fresno, CA 93721-2131
9635961        +BASIL M.HANTASH,    C/O STEPHEN R. HARRIS, ESQ.,    6151 LAKESIDE DRIVE, SUITE 2100,
                 RENO, NV 89511-8541
9548142         Basil M. Hantash,    Acct No x0837,   C/O Arturo E. Sandoval, Esq.,    300 Lakeshore Drive,
                 Suite 1900,   Oakland, CA 94612
9548144        +CBNA,    Acct No 8029,   PO BOX 6497,    Sioux Falls, SD 57117-6497
9548145         Daniel M. McGee Esq.,    Acct No 0000,   r412 Marsh Street,    San Luis Obispo, CA 93410
9548146        +Douglas V. thornton,    Acct No 1290,   1725 North Fine Avenue,    Fresno, CA 93727-1616
9548147        #+Emily Baxter,    2261 Rush Ave.,    Fresno, CA 93730-4717
9548148        +Explorer Insurance Co,    Acct No 3708,    PO BOX 906,   Santa Clarita, CA 91380-9006
9548149        +Fresno Co DA,   Acct No 193,    PO BOX 12946,    Fresno, CA 93779-2946
9548151        +Ronald R. Castonguay MD,    Acct No 362,    757 L St.,   Fresno, CA 93721-2904
9548152        +Sierra Delta Consultants, LLC,    Acct No 0000,    935 Riverside Avenue #21,
                 Paso Robles, CA 93446-2603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: AISACG.COM Aug 02 2016 01:43:00      BMW Financial Services NA, LLC,
                 c/o Ascension Capital Group,    P.O. Box 201347,   Arlington, TX 76006-1347
cr             +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 02 2016 02:35:56
                 BMW Financial Services NA, LLC,    c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +EDI: WFFC.COM Aug 02 2016 01:43:00      WELLS FARGO DEALER SERVICES (nm),
                 WELLS FARGO DEALER SERVICES,    P O BOX 19657,   IRVINE, CA 92623-9657
9548143        +EDI: BMW.COM Aug 02 2016 01:43:00      BMW Bank of North America,    Acct No 2772,
                 P.O. Box 78066,   Phoenix, AZ 85062-8066
9548150        +EDI: IRS.COM Aug 02 2016 01:43:00      Internal Revenue System,    Acct No 0000,
                 450 Golden Gate Ave.,   San Francisco, CA 94102-3661
9548153        +EDI: CALTAX.COM Aug 02 2016 01:43:00      State of California Franchise Tax Board,
                 Acct No 4112,   PO BOX 2952,    Sacramento, CA 95812-2952
9548154        +EDI: CITICORP.COM Aug 02 2016 01:43:00      THD/CBNA,   Acct No 8029,    PO BOX 6497,
                 Sioux Falls, SD 57117-6497
9548155        +E-mail/Text: bankruptcy@golden1.com Aug 02 2016 01:52:20      The Golden 1 Credit Union,
                 Acct No 1910,   8945 Cal Center Dr.,    Sacramento, CA 95826-3239
9548156        +EDI: WFFC.COM Aug 02 2016 01:43:00      Wells Fargo Dealer Services,    Acct No 5470,   POB 25341,
                 Santa Ana, CA 92799-5341
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9635962*       +BASIL M. HANTASH,    C/O STEPHEN R. HARRIS, ESQ.,    6151 LAKESIDE DRIVE, SUITE 2100,
                 RENO, NV 89511-8541
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0978-3          User: admin              Page 2 of 2              Date Rcvd: Aug 01, 2016
                              Form ID: adindsm         Total Noticed: 20


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2016 at the address(es) listed below:
              CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com
              STEPHEN R HARRIS    on behalf of Plaintiff BASIL M. HANTASH
               noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;norma@harrisla
               wreno.com;ellie@harrislawreno.com
              TIMOTHY  POST    on behalf of Debtor KENNETH  PATTERSON TPP_oiig@yahoo.com
              U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

NVB 1017–1 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>KENNETH PATTERSON<br><br>            Debtor(s) | BK–15–51099–btb<br>CHAPTER 7<br><br>NOTICE OF DISMISSAL;<br>NOTICE THAT ALL PENDING HEARINGS<br>ARE VACATED |

On 7/29/16, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings regarding Appeals and Motions to Reconsider, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 7/29/16

*Mary A Schott*

Mary A. Schott
Clerk of Court