NVB 5009 (Rev. 4/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                        BK−15−51099−btb
CHAPTER 7

KENNETH PATTERSON

                    Debtor(s)                       ORDER DISCHARGING
TRUSTEE AND CLOSING
OF DISMISSED CASE

The estate of the debtor(s) named below:

    KENNETH PATTERSON

having been Dismissed by Court Order,

**IT IS ORDERED** that:

    CHRISTINA W. LOVATO

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 8/4/16

                                                               Mary A. Schott
                                                               Clerk of Court